UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MARC J. SCHNEIDER (SBN #214609)<br>YURI MIKULKA (SBN #185926)<br>STRADLING YOCCA CARLSON & RAUTH<br>660 Newport Center Drive, Suite 1600<br>Newport Beach, CA 92660-6422<br>Telephone: (949) 725-4000<br>Facsimile: (949) 725-4100<br>Email: mschneider@sycr.com<br>Email: ymikulka@sycr.com<br><br>JONATHAN T. SUDER *(admitted Pro Hac Vice)*<br>CORBY R. VOWELL *(admitted Pro Hac Vice)*<br>GLENN S. ORMAN *(Pro Hac Vice to be filed)*<br>FRIEDMAN, SUDER & COOKE<br>Tindall Square Warehouse No. 1<br>604 East 4th Street, Suite 200<br>Fort Worth, Texas 76102<br>Telephone: (817) 334-0400<br>Facsimile: (817) 334-0401<br>Email: jts@fsclaw.com<br>Email: vowell@fsclaw.com<br>Email: orman@fsclaw.com<br><br>Attorneys for Plaintiff<br>INTERTAINER, INC. | JOSH KREVITT (SBN # 208552)<br>GIBSON DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: (212) 351-4000<br>Facsimile: (212) 351-4035<br>Email: jkrevitt@gibsondunn.com<br><br>JASON LO (SBN #219030)<br>RAYMOND LAMAGNA (SBN #244821)<br>GIBSON DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: (213) 229-7000<br>Facsimile: (213) 229-7520<br>Email: jlo@gibsondunn.com<br>Email: rlamagna@gibsondunn.com<br><br>Attorneys for Defendant<br>VIACOM INC. |

| | |
|---|---|
| INTERTAINER, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>VIACOM INC.<br><br>    Defendant. | CASE NO. 2:12-cv-05129-CJC (RNBx)<br><br>**JOINT STIPULATION TO STAY CASE PENDING INTER PARTES REEXAMINATION OF THE PATENT-IN-SUIT** |

In the above-captioned case, Plaintiff Intertainer, Inc. ("Intertainer") accuses Defendant Viacom Inc. ("Viacom") of infringing Claims 83 and 88 of U.S. Patent No. 7,870,592 ("the '592 Patent"). In related cases, Nos. 8:11-cv-01208-CJC-RNB and 2:12-cv-05127-CJC-RNB respectively, Intertainer has accused Defendants Hulu, LLC and Discovery Communications, LLC of variously infringing Claims 83 and 88 of that same patent.

On December 6, 2012, the U.S. Patent and Trademark Office ("PTO") granted *inter partes* reexamination of the '592 Patent (Reexamination No. 95/002,358), making an initial determination that the claims of the '592 Patent, including Claim 83 and Claim 88, are unpatentable.

On December 17, 2012, the Defendant in a related case, Hulu, LLC, moved to stay that case until the reexamination is concluded. (8:11-cv-01208-CJC-RNB, Dkt. No. 49.) On December 21, 2012, Intertainer and Hulu, LLC filed a Joint Stipulation to Stay Case Pending *Inter Partes* Reexamination of the Patent-In-Suit. (*Id*. at Dkt. No. 50.)

Intertainer and Viacom subsequently met and conferred regarding the instant litigation and agree that there are several bases of good cause to stay this case while the reexamination is pending, including to conserve Court and party resources and to avoid duplicative litigation.

## STIPULATION

THEREFORE, Viacom and Intertainer, by and through their respective attorneys, do hereby stipulate and agree as follows:

1. The entirety of this case is stayed, and all future hearing dates and other deadlines are vacated.

2. The case shall be stayed at least until the PTO issues an Action Closing Prosecution in Reexamination No. 95/002,358. Within 30 days of the PTO issuing

an Action Closing Prosecution, the parties shall jointly submit an update to the Court informing it of the status of the pending claims and related appeals (if any).

3. If the Action Closing Prosecution finds that Claims 83 and 88 (as currently issued or as amended in reexamination) are unpatentable, the case shall remain stayed until (i) the reexamination is concluded through any appeals and the PTO issues a Reexamination Certificate, or (ii) the parties agree otherwise.

4. If the Action Closing Prosecution instead finds that Claims 83 or 88 of the '592 Patent (as currently issued or as amended in reexamination) are patentable, then either party may move at anytime thereafter to lift the stay, subject to conferring per the Local Rules and subject to the other party's right to oppose such motion. Nothing herein determines the propriety of lifting or maintaining the stay after an Action Closing Prosecution, such issue to be determined in light of the facts, arguments, and authorities presented at that time.

5. Should the stay be lifted pursuant to the above, then within 30 days of the lifting of the stay, the parties shall file a joint proposed scheduling order identifying each agreed-upon proposed deadline (and if there are disputes as to any deadlines, competing proposals for those deadlines and any argument) for the remainder of the case.

6. If the stay is lifted before a Reexamination Certificate issues, then until such a Reexamination Certificate issues: the parties and their witnesses may rely on, cite, mention, and otherwise refer to the reexamination for most purposes in the litigation, including but not limited to case management (e.g., filing a motion to lift the stay identified in No. 4 above), claim construction, claim scope (e.g., infringement or noninfringement), and damages.

7. Neither the parties nor their witnesses may rely on, cite, mention, or otherwise refer to the reexamination to argue or suggest that the claims of the '592 are valid or invalid.

**IT IS SO STIPLUATED**

| | | |
|---|---|---|
| 1 | Dated: January 7, 2013 | Dated: January 7, 2013 |
| 2 | | |
| 3 | FRIEDMAN, SUDER & COOKE | GIBSON DUNN, & CRUTCHER LLP |
| 4 | By: /s/ *Corby Vowell* | By: /s/ *Jason Lo* |

MARC J. SCHNEIDER (SBN #214609)
YURI MIKULKA (SBN #185926)
STRADLING YOCCA CARLSON & RAUTH
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000
Facsimile: (949) 725-4100
Email: mschneider@sycr.com
Email: ymikulka@sycr.com

JONATHAN T. SUDER *(admitted Pro Hac Vice)*
CORBY R. VOWELL *(admitted Pro Hac Vice)*
GLENN S. ORMAN *(Pro Hac Vice to be filed)*
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Telephone: (817) 334-0400
Facsimile: (817) 334-0401
Email: jts@fsclaw.com
Email: vowell@fsclaw.com
Email: orman@fsclaw.com

Attorneys for Plaintiff
INTERTAINER, INC.

JOSH KREVITT (SBN # 208552)
GIBSON DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
Email: jkrevitt@gibsondunn.com

JASON LO (SBN #219030)
RAYMOND LAMAGNA (SBN #244821)
GIBSON DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
Email: jlo@gibsondunn.com
Email: rlamagna@gibsondunn.com

Attorneys for Defendant
VIACOM INC.

JOINT STIPULATION TO STAY CASE PENDING REEXAMINATION

**ATTESTATION PURSUANT TO L.R. 5-4.3.4(a)(2)**

I, Jason Lo, attest that all signatories listed and on whose behalf this filing is submitted concur in this filing's content and have authorized this filing.

Dated: January 7, 2013          <u>/s/ Jason Lo</u>
                                                    Jason Lo

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document was served on January 7, 2013, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

Dated: January 7, 2013          <u>/s/ Jason Lo</u>
                                                    Jason Lo

JOINT STIPULATION TO STAY CASE PENDING REEXAMINATION