| | |
|---|---|
| MARC J. SCHNEIDER, SBN 214609 (mschneider@sycr.com) <br> YURI MIKULKA, SBN 185926 (ymikulka@sycr.com) <br> SARAH S. BROOKS, SBN 266292 (sbrooks@sycr.com) <br> STRADLING YOCCA CARLSON & RAUTH <br> 660 Newport Center Drive, Suite 1600 <br> Newport Beach, CA 92660-6422 <br> Telephone: (949) 725-4000 <br> Facsimile: (949) 725-4100 <br><br> JONATHAN T. SUDER (*Pro Hac Vice Pending*) (jts@fsclaw.com) <br> CORBY R. VOWELL (*Pro Hac Vice Pending*) (vowell@fsclaw.com) <br> FRIEDMAN, SUDER & COOKE <br> Tindall Square Warehouse No. 1 <br> 604 East 4th Street, Suite 200 <br> Fort Worth, Texas 76102 <br> Telephone: (817) 334-0400 <br> Facsimile: (817) 334-0401 <br><br> Attorneys for Plaintiff <br> INTERTAINER, INC. | JOSH KREVITT (SBN # 208552) <br> JASON LO (SBN #219030) <br> RAYMOND LAMAGNA (SBN #244821) <br> GIBSON, DUNN & CRUTCHER LLP <br> 333 South Grand Avenue <br> Los Angeles, CA 90071-3197 <br> Telephone: 213.229.7000 <br> Facsimile: 213.229.7520 <br> jlo@gibsondunn.com <br> rlamagna@gibsondunn.com <br><br> Attorneys for Defendant <br> VIACOM, INC. |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERTAINER, INC., <br><br> Plaintiff, <br><br> vs. <br><br> VIACOM, INC., <br><br> Defendant. | CASE NO. 2:12-cv-05129 CJC (RNBx) <br><br> Assigned for purposes to: <br><br> Hon. Cormac J. Carney <br><br> **ORDER GRANTING JOINT STIPULATION TO DISMISS** <br><br> Complaint Filed: June 13, 2012 |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

**ORDER GRANTING JOINT STIPULATION TO DISMISS**

LITIOC/2087761v1/102166-0003

Plaintiff Intertainer, Inc. ("Intertainer") and Defendant Viacom, Inc. ("Viacom") have announced to the Court that they have settled their respective claims for relief asserted in this case and have jointly requested that the case be dismissed with prejudice. The Court, having considered this request, is of the opinion that their request for dismissal should be GRANTED.

IT IS THEREFORE ORDERED that the above-entitled cause and all claims against Viacom by Intertainer and against Intertainer by Viacom herein are dismissed, with prejudice to the re-filing of same.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

Signed this 21st day of January, 2014.

_____

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

**ORDER GRANTING JOINT STIPULATION TO DISMISS**

LITIOC/2087761v1/102166-0003